UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EMILIANO RAMON AVILA
GUILARTE,
A# 208–457–685,

    Petitioner,

v.                                        4:20cv401–WS/MAF

WILLIAM P. BARR, et al.,

    Respondents.

_____

### ORDER DENYING PETITIONER'S § 2241 PETITION
### FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed December 3, 2020. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be denied. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is adopted and incorporated by reference in this order of the court.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's § 2241 petition for writ of habeas corpus is DENIED."

DONE AND ORDERED this   8th   day of   January  , 2021.


                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE